UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ELPIDIO ARNULFO MUNGUIA, individually and on behalf of all others similarly situated,

                                          Plaintiff,

-against-

GREEN VILLAGE MEAT MARKET CORP., MARCELO MARTINEZ and FERNANDO MARTINEZ, as individuals,

                                          Defendants.
----------------------------------------------------------------------X

Case No.: 22-cv-00412 (TAM)

**CONSENT TO**
<u>**CHANGE ATTORNEY**</u>

**IT IS HEREBY CONSENTED THAT**, Forchelli Deegan Terrana LLP, located at 333 Earle Ovington Blvd., Suite 1010, Uniondale, NY 11553 be substituted as attorneys of record for **Defendants, Green Village Meat Market Corp., and Marcelo Martinez**, in the above-entitled action in place and stead of Levin-Epstein & Associates, P.C. located at 60 East 42nd Street, Suite 4700, New York, New York 10165 as of the date hereof.

Dated: New York, New York
       April 23, 2024

**Levin-Epstein & Associates, P.C.**

By: Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Phone: (212) 792-0048
*Outgoing Attorneys for Defendants Green Village Meat Market Corp. and Marcelo Martinez*

Dated: Uniondale, New York
       April ___, 2024

**Forchelli Deegan Terrana LLP**

By: Gregory S. Lisi, Esq.
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
Phone: (516) 248-1700
E-Mail: glisi@forchellilaw.com
*Incoming Attorneys for Defendants Green Village Meat Market Corp. and Marcelo Martinez*

1

5162412

Acknowledged and
Dated: April __, 2024

**Green Village Meat Market Corp.**

_____
By: Marcelo Martinez, President

Acknowledged and
Dated: April __, 2024

_____
Marcelo Martinez

## SO ORDERED:

_____
The Honorable Taryn A. Merkl, United States Magistrate Judge

Dated: New York, New York
April ___, 2024

2

5162412